**Order entered May 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00103-CV

**WILLIAM HANN AND SUSANNE HANN, Appellants**

**V.**

**VINTAGE ESTATE HOMES, LLC AND VINTAGE ESTATE HOMES OF TEXAS LLC, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-20-01731-B**

### ORDER

Before the Court is court reporter Robin N. Washington's May 17, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than May 27, 2021.

/s/    CRAIG SMITH
       JUSTICE